# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAMANTHA BANKS and AMY SANUSI, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:21-CV-00627-ELR |
| GRADY MEMORIAL HOSPITAL CORPORATION, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's Motions for Summary Judgment, and the Court having granted said motions, it is

**Ordered and Adjudged** that the Plaintiffs take nothing; that the Defendant recover its costs of this action, and this action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 12th day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Ciarra Steede
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 12, 2023
Kevin P. Weimer
Clerk of Court

By: s/Ciarra Steede
Deputy Clerk